

**SCHUCKIT & ASSOCIATES** PC
ATTORNEYS AT LAW

4545 Northwestern Drive | Zionsville, IN 46077
OFFICE 317.363.2400 | FAX 317.363.2257 | schuckitLAW.com



MEMO ENDORSED

December 11, 2019

**VIA ECF ONLY**

The Honorable Kenneth M. Karas
U.S. District Court, Southern District of New York
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY  10601-4150

      ***RE:   Brian Ephraim Pessin vs. Trans Union, LLC, et al.***
            ***U.S. District Court, Southern District of New York (White Plains)***
            ***Case No. 7:19-cv-05251-KMK***

Dear Judge Karas:

    Trans Union, LLC ("Trans Union") respectfully requests that its counsel be granted leave to appear by telephone at the Rule 16 Conference currently scheduled in the above-captioned matter for December 18, 2019 at 11:45 a.m. or, in the alternative, Conference adjourned.

    Good cause exists to grant Trans Union leave to appear by telephone as it otherwise will be required to incur the expense for its chosen counsel to travel from Zionsville, Indiana to New York, New York and thus, Trans Union will incur significant travel costs and attorneys' fees to appear in person. Trans Union assures the Court that counsel can and will meaningfully participate by telephone in all respects as may be necessary. Further, Trans Union's counsel will be traveling for other matters that week. This is Trans Union's first request for adjournment.

    Trans Union has contacted Plaintiff's Counsel regarding these requests and Plaintiff does not object.

                                               Respectfully,

                                             SCHUCKIT & ASSOCIATES, P.C.

                                             Camille R. Nicodemus

CCP/
Cc: All counsel of record via ECF

*[Handwritten endorsement:]* The conference will go forward as planned. Counsel can participate by phone this time, but should not assume they can do so going forward. So Ordered. KMK 12/11/19